HELANE L. MORRISON (Cal. Bar No. 127752)
JOHN S. YUN (Cal. Bar No. 112260)
ROBERT L. MITCHELL (Cal. Bar NO. 161354)
TRACY L. DAVIS (Cal. Bar No. 184129)
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Fax: (415) 705-2501

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    vs.<br><br>JEREMY R. LENT, JOHN V. HASHMAN, YINZI CAI, DOUGLAS WACTHEL And BRUCE RIGIONE,<br><br>    Defendants,<br><br>THE LENT FAMILY TRUST,<br><br>    Relief Defendant. | Case No. C-04-4088-CW<br><br>ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINE FOR COURT-ORDERED MEDIATION |

## **STIPULATION TO EXTEND MEDIATION DEADLINE**

During the latest case management conference on July 15, 2005, the Court directed the parties to complete a court-ordered mediation by no later than November 15, 2005.  On August 10, 2005, counsel for the parties held a telephonic conference call with the court-appointed mediator, Mr. David Meadows.  During that conference call, counsel agreed to tentatively set the mediation for the week of January 23, 2006, subject to the Court's agreement to extend the deadline for conducting the mediation.

Good cause exists for extending the mediation deadline because that will allow the parties to perform additional analyses with their experts regarding the materiality, or non-materiality, of the alleged misstatements and/or omissions by NextCard, Inc. ("NextCard") and the impact, or lack of impact, of the alleged misstatements and/or omission upon NextCard's share price during 2001.  Such additional analyses will facilitate a more meaningful discussion during the mediation of the Commission's disgorgement and civil penalties demands against defendants Jeremy R. Lent, John V. Hashman, Yinzi Cai and Douglas Wachtel on its insider trading claims.  The amount of the Commission's disgorgement and civil penalties demand on its insider trading claims will be a significant factor in any future effort to settle its case against those defendants and relief defendant Lent Family Trust.

The parties therefore request that the Court extend the deadline for completing court-ordered mediation from November 15, 2005 to January 31, 2006.  There have been no prior requests to extend the deadline for completing court-ordered mediation.

Dated:  August 18, 2005          /s/ John S. Yun
                                 JOHN S. YUN
                                 ROBERT L. MITCHELL
                                 Attorneys for Plaintiff
                                 SECURITIES AND EXCHANGE COMMISSION

Dated:  August 19, 2005   /s/ Shirli .F. Weiss_____
                          SHIRLI FABBRI WEISS
                          PAUL A. REYNOLDS
                          DLA PIPER RUDNICK GRAY CARY US  LLP
                          Attorneys for Defendant JEREMY R. LENT and THE LENT
                          FAMILY TRUST


Dated:  August 18, 2005   David M. Jolley_____
                          HARRIS WEINSTEIN
                          DAVID M. JOLLEY
                          COVINGTON & BURLING
                          Attorney for Defendant JOHN HASHMAN


Dated:  August 18, 2005   Margaret L. Wu_____
                          JORDAN ETH
                          CRAIG D. MARTIN
                          MARGARET L. WU
                          MORRISON & FOERSTER LLP
                          Attorneys for Defendant YINZI CAI


Dated:  August 18, 2005   /s/ Bruce A. Ericson_____
                          BRUCE A. ERICSON
                          JACOB R. SORENSEN
                          KRISTIN M. LEFEVRE
                          RANAH L. ESMAILI
                          PILLSBURY WINTHROP SHAW PITTMAN LLP
                          Attorneys for Defendant BRUCE RIGIONE


Dated:  August 18, 2005   /s/ Michael D. Celio_____
                          STUART L. GASNER
                          ETHAN A. BALOGH
                          MICHAEL D. CELIO
                          KEKER & VAN NEST, LLP
                          Attorneys for Defendant DOUGLAS WACHTEL

**ORDER EXTENDING MEDIATION DEADLINE**

The parties having stipulated to this Order, and good cause appearing, the Court hereby extends the deadline for completing court-ordered mediation from November 15, 2005 to January 31, 2006.

SO ORDERED.

Dated: August 30, 2005

/s/ CLAUDIA WILKEN
_____
Claudia Wilken, Judge
United States District Court