UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>JEREMY R. LENT, *et al.*,<br><br>　　　　Defendants.<br>_____/ | No. C-04-4088 CW (EMC)<br><br>**ORDER GRANTING DEFENDANT DOUGLAS WACHTEL'S MOTION TO COMPEL PLAINTIFF SECURITIES AND EXCHANGE COMMISSION TO RESPOND TO INTERROGATORIES**<br>**(Docket No. 65)** |

　　Defendant Douglas Wachtel has filed a motion to compel Plaintiff the Securities and Exchange Commission ("SEC") to respond to certain contention interrogatories. For the reasons stated at the hearing on September 7, 2005, the motion to compel is GRANTED. The SEC shall have until November 1, 2005, to serve its responses to the interrogatories.

　　This order disposes of Docket No. 65.

　　IT IS SO ORDERED.

Dated: September 7, 2005

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge