UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>JEREMY R. LENT, *et al.*,<br><br>　　　　　　Defendants.<br>_____/ | No. C-04-4088 CW (EMC)<br><br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION TO MODIFY OR RECONSIDER DUE DATE FOR INTERROGATORY ANSWERS**<br>**(Docket No. 88)** |

　　　Previously, the Court issued an order instructing Plaintiff the Securities and Exchange Commission ("SEC") to respond to certain contention interrogatories propounded by Defendant Douglas Wachtel by November 1, 2005. *See* Docket No. 85 (order of 9/7/05). The SEC now asks for leave to file a motion to modify or reconsider the due date for the interrogatory responses because of a change in circumstances involving depositions.

　　　Having reviewed the SEC's papers, the Court hereby GRANTS the motion for leave to file a motion to modify or reconsider. Pursuant to stipulation of the parties, the motion to modify or reconsider shall be heard on **October 26, 2005, at 10:30 a.m.**

///

///

///

///

Also pursuant to stipulation, the SEC's opening brief shall be due on September 30, 2005; Mr. Wachtel's opposition shall be due on October 12, 2005; and the SEC's reply shall be due on October 19, 2005.  The opening brief and opposition shall be no longer than 10 pages; the reply shall be no longer than 7 pages.

This order disposes of Docket No. 88.

IT IS SO ORDERED.

Dated:  September 29, 2005

_____
EDWARD M. CHEN
United States Magistrate Judge

2