**United States District Court**

For the Northern District of California

1
2
3
4
5           UNITED STATES DISTRICT COURT
6           NORTHERN DISTRICT OF CALIFORNIA
7
8   SECURITIES AND EXCHANGE              No. C-04-4088 CW (EMC)
    COMMISSION, *et al.*,
9
            Plaintiffs,
10                                        **ORDER GRANTING PLAINTIFF'S**
        v.                                **MOTION TO MODIFY/RECONSIDER**
11                                        **DUE DATE FOR INTERROGATORY**
    JEREMY R. LENT, *et al.*,             **ANSWERS**
12                                        **(Docket No. 93)**
            Defendants.
13
    _____/
14
15
16          Previously, the Court issued an order instructing Plaintiff the Securities and Exchange
17  Commission ("SEC") to respond to certain contention interrogatories propounded by Defendant
18  Douglas Wachtel by November 1, 2005.  *See* Docket No. 85 (order of 9/7/05).  The SEC now asks
19  the Court to modify or reconsider the due date for the interrogatory responses because of a change in
20  circumstances involving depositions.
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

Having considered the parties' briefs and accompanying submissions, the Court hereby orders as follows. Mr. Wachtel's deposition shall take place no later than Friday, December 9, 2005. The SEC shall have within two weeks after the deposition takes place to provide answers to Mr. Wachtel's interrogatories.

The October 26, 2005, hearing on the motion to modify or reconsider is VACATED.

This order disposes of Docket No. 93.


IT IS SO ORDERED.


Dated:  October 25, 2005

_____
EDWARD M. CHEN
United States Magistrate Judge

United States District Court

For the Northern District of California