| | |
|---|---|
| 1 | SHIRLI FABBRI WEISS (Bar No. 079225) |
| | PAUL A. REYNOLDS (Bar No. 179656) |
| 2 | DLA PIPER RUDNICK GRAY CARY US LLP |
| | 401 B Street, Suite 1700 |
| 3 | San Diego, CA  92101-4297 |
| | Tel:  619-699-2701 |
| 4 | Fax:  619-699-2701 |

Attorneys for Defendants
JEREMY R. LENT and THE LENT FAMILY TRUST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | CASE NO.  C 04-4088 CW |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING DATE OF DEFENDANT JEREMY R. LENT'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY THE OFFICE OF THE COMPTROLLER OF THE CURRENCY** |
| v. | |
| JEREMY R. LENT, JOHN V. HASHMAN, YINZI CAI, DOUGLAS WACHTEL and BRUCE RIGIONE, | |
| Defendants. | Date:  December 21, 2005 |
| | Time:  10:30 a.m. |
| | Courtroom:  C |
| | Judge:  Edward M. Chen |
| THE LENT FAMILY TRUST, | |
| Relief Defendants. | |

WHEREAS, Defendant Jeremy R. Lent filed a motion to compel the production of documents by the Office of the Comptroller of the Currency to be heard on December 14, 2005 at 10:30 a.m.; and

WHEREAS, the parties desire to continue the reply brief due date and the hearing date;

NOW THEREFORE,

Defendants and Plaintiff, through their respective counsel of record, SUBJECT TO THE Court's approval, hereby STIPULATE AND AGREE AS FOLLOWS:

/////

-1-

SD\1650707.1
353541-1

STIPULATION TO CONTINUE HEARING DATE

C 04-4088 CW

1. The hearing shall be continued to December 21, 2005 at 10:30 a.m. and Defendants' reply briefs will be due on December 5, 2005.

IT IS SO STIPULATED

Dated: November 30, 2005         SECURITIES AND EXCHANGE COMMISSION


By: /s/ John S. Yun
    JOHN S. YUN
    Attorneys for Plaintiff
    SECURITIES AND EXCHANGE
    COMMISSION

Dated: November 30, 2005         DLA PIPER RUDNICK GRAY CARY US LLP


By: /s/ Paul A. Reynolds
    SHIRLI FABBRI WEISS
    Attorneys for Defendants
    JEREMY R. LENT and THE LENT FAMILY TRUST

Dated: November 30, 2005         COVINGTON & BURLING


By: /s/ David M. Jolley
    DAVID M. JOLLEY
    JONATHAN PATCHEN
    Attorneys for Defendant
    JOHN S. HASHMAN

Dated: November 30, 2005         MORRISON & FOERSTER LLP


By: /s/ Margaret Wu
    JORDAN ETH
    MARGARET WU
    Attorneys for Defendant
    YINZI CAI

/////

/////

/////

/////

| | | |
|---|---|---|
| 1 | Dated: November 30, 2005 | KEKER & VAN NEST |
| 2 | | |
| 3 | | By: /s/ Michael D. Celio |
| 4 | | STUART L. GASNER<br>MICHAEL D. CELIO<br>KLAUS HAMM |
| 5 | | Attorneys for Defendant<br>DOUGLAS WACHTEL |
| 6 | Dated: November 30, 2005 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 7 | | |
| 8 | | |
| 9 | | By: /s/ Bruce Ericson |
| 10 | | BRUCE ERICSON<br>JACOB R. SORENSON<br>RANAH ESMAILI |
| 11 | | Attorneys for Defendant<br>BRUCE RIGIONE |
| 12 | Dated: November 30, 2005 | OFFICE OF THE COMPTROLLER OF THE CURRENCY |
| 13 | | |
| 14 | | |
| 15 | | By: /s/ Ernest C. Barrett, III |
| 16 | | ERNEST C. BARRETT, III<br>Attorneys for Third Party |
| 17 | | OFFICE OF THE COMPTROLLER OF THE CURRENCY |

**Certification regarding signatures:** I hereby attest that all of the signatories to this document have approved its content.

By /s/ Paul A. Reynolds
PAUL A. REYNOLDS

## [PROPOSED] ORDER

Pursuant to the above stipulation of the parties, and good cause appearing, IT IS SO ORDERED.

Dated: November 30, 2005

_____
The Honorable [Judge Edward M. Chen]
United States District Court Judge