KEKER & VAN NEST, LLP
STUART L. GASNER - #164675
MICHAEL D. CELIO - #197998
KLAUS H. HAMM - #224905
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendant
DOUGLAS WACHTEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>JEREMY R. LENT, JOHN V. HASHMAN, YINZI CAI, DOUGLAS WACHTEL and BRUCE RIGIONE,<br><br>　　　　　　　　　Defendant,<br><br>THE LENT FAMILY TRUST,<br><br>　　　　　　　　　Relief Defendant. | Case No. C 04 4088 CW (EMC)<br><br>**STIPULATION AND [PROPOSED] ORDER RE DOUGLAS WACHTEL'S DEPOSITION**<br><br>Dept:　　Courtroom C, 15th Floor<br>Judge:　Honorable Edward M. Chen |

1  WHEREAS this Court has previously ordered that Defendant Douglas Wachtel's
2  deposition occur on or before December 7, 2005, and
3  WHEREAS this Court has previously ordered Plaintiff Securities and Exchange
4  Commission to respond to Wachtel's first set of interrogatories no later than two weeks after
5  Wachtel's deposition, and
6  WHEREAS counsel for Mr. Wachtel and for Plaintiff Securities and Exchange
7  Commission had reached a tentative agreement to have Mr. Wachtel's deposition occur on
8  December 1, 2005, and
9  WHEREAS Defendant Wachtel has recently learned that his wife must undergo an urgent
10 medical procedure and that Mr. Wachtel will be required to care for her from December 1st
11 through December 11th, and
12 WHEREAS, all parties have indicated that they are available for Mr. Wachtel's
13 deposition on Tuesday, December 13th, to continue Wednesday December 14th if necessary and
14 WHEREAS, the parties have met and conferred and agree that a short delay in the taking
15 of Mr. Wachtel's deposition will not prejudice any party;
16 Plaintiff and Wachtel therefore stipulate and the Court ORDERS as follows:

1.  Defendant Wachtel's deposition shall commence no later than Tuesday, December 13th, 2005.

2.  The SEC shall have 21 days after the completion of Mr. Wachtel's deposition to serve its responses to Wachtel's first set of interrogatories.

IN WITNESS WHEREOF, the parties hereto caused this agreement to be duly executed as of the day and year written below.

DATED: 12/2/05

KEKER & VAN NEST, LLP

By: _____
MICHAEL D. CELIO
Attorneys for Defendant
DOUGLAS WACHTEL

DATED: 12/5/05

SECURITIES AND EXCHANGE COMMISSION

By: _____
JOHN YUN
ROBERT MITCHELL
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

PURSUANT TO STIPULATION, IT IS SO ORDERED.

December 2, 2005

_____
HONORABLE EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE