1  HELANE L. MORRISON (CA Bar No. 127752)
   JOHN S. YUN (CA Bar No. 112260)
2  ROBERT L. MITCHELL (CA Bar No. 161354)
   TRACY L. DAVIS (CA Bar No. 184129)
3  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
4  44 Montgomery Street, Suite 2600
   San Francisco, California 94104
5  Telephone: (415) 705-2500
   Telecopy: (415) 705-2501

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>JEREMY R. LENT, JOHN V. HASHMAN, )<br>YINZI CAI, DOUGLAS WACHTEL and )<br>BRUCE RIGIONE, )<br>)<br>Defendants, )<br>)<br>THE LENT FAMILY TRUST, )<br>)<br>Relief Defendant. )<br>_____) | Civil No. C-04-4088-CW (EMC)<br>(For Discovery Matter before<br>Magistrate Judge Chen)<br><br>[PROPOSED] ORDER<br>GRANTING PLAINTIFF<br>SECURITIES AND<br>EXCHANGE COMMISSION'S<br>*EX PARTE* ADMINISTRATIVE<br>APPLICATION TO FILE<br>DOCUMENTS UNDER SEAL<br><br>Date: Dec. 21, 2005<br>Time: 10:30 a.m.<br>Courtroom: C<br>Judge: Edward M. Chen |

Order Authorizing Filing Under Seal
C-04-4088-CM (EMC)

**ORDER GRANTING APPLICATION TO FILE DOCUMENTS UNDER SEAL**

Pursuant to Local Rules 79-5(b) and 7-11, plaintiff United States Securities and Exchange Commission ("Commission") submitted an administrative application to file under seal Exhibits A through D of the Declaration of John S. Yun in Opposition to the Motion to Compel by Jeremy R. Lent. On November 23, 2005, the parties submitted a stipulation to the Court to amend a Protective Order, previously entered on March 15, 2005, to cover five boxes of examination files of the Office of the Comptroller of the Currency ("OCC") and Federal Deposit Insurance Corporation ("FDIC") relating to NextBank, N.A. ("NextBank"). Paragraph 5 of the Protective Order requires that covered documents be filed with the Court under seal.

On November 28, 2005, the Court approved the stipulation to amend the Protective Order to cover the five boxes of OCC and FDIC examination files. Because they are covered by the amended Protective Order and contain confidential communications by the OCC and/or FDIC regarding NextBank, the Court hereby authorizes the Commission to file the following documents under seal:

Sealed Exhibit A. The OCC's report on the examination of NextBank, as of September 30, 1999.

Sealed Exhibit B. The OCC's report on the examination of NextBank, as of March 31, 2000.

Sealed Exhibit C. The minutes of a Special Meeting of NextBank's Board of Directors on October 26, 2000.

Sealed Exhibit D. Handwritten notes of the Exit Meeting on October 31, 2001 amongst representatives of NextBank, the OCC and the FDIC.

SO ORDERED.

Dated: December 8, 2005

Edward M. Chen, Magistrate Judge
United States District Court