David M. Jolley, SB # 191164
Jonathan A. Patchen, SB # 237346
COVINGTON & BURLING
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
djolley@cov.com

Harris Weinstein
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 662-5302
Facsimile: (202) 662-6691

Attorneys for Defendant
John V. Hashman

**FILED**

JAN 17 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　Plaintiff,<br><br>v.<br><br>JEREMY R. LENT, JOHN V. HASHMAN, YINZI CAI, DOUGLAS WACHTEL and BRUCE RIGIONE,<br><br>　　Defendants<br><br>THE LENT FAMILY TRUST<br><br>　　Relief Defendant | Civil Case No.: C-04-4088-CW (EMC)<br><br>[~~PROPOSED~~] ORDER EXCUSING DEFENDANT JOHN V. HASHMAN FROM APPEARING IN PERSON AT MEDIATION |

[PROPOSED] ORDER
Case No. C-04-4088 CW (EMC)

*Handwritten margin notes:* cc: ADR, neutral, WDB, CW, starts, requesting party with direction to serve all parties.

1 **ORDER**

2  IT IS HEREBY ORDERED that Defendant John V. Hashman is excused from

3 appearing in person at the mediation in the above-captioned action currently scheduled for

4 January 26, 2006. Mr. Hashman shall make himself available to participate in the mediation by

5 telephone.

6

7 Dated: January 17, 2006

8  Hon. Wayne D. Brazil
   Magistrate Judge – United States District Court

[PROPOSED] ORDER
Case No. C-04-4088 CW (EMC)