SHIRLI FABBRI WEISS (Bar No. 079225)
PAUL A. REYNOLDS (Bar No. 179656)
HEATHER N. STONE (Bar No. 243159)
**DLA PIPER RUDNICK GRAY CARY US LLP**
401 B Street, Suite 1700
San Diego, CA 92101-4240
Tel: 619.699.3650
Fax: 619.699.2701

Attorneys for Defendants
JEREMY R. LENT and
THE LENT FAMILY TRUST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JEREMY R. LENT, JOHN V. HASHMAN, YINZI CAI, DOUGLAS WACHTEL and BRUCE RIGIONE,<br><br>Defendants.<br><br>THE LENT FAMILY TRUST,<br><br>Relief Defendant. | CASE NO. C-04-4088-CW (EMC)<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS JEREMY R. LENT AND THE LENT FAMILY TRUST TO FILE A MOTION FOR SUMMARY JUDGMENT OR SUMMARY ADJUDICATION**<br><br>Trial Date: October 23, 2006 |

WHEREAS, Plaintiff Securities and Exchange Commission ("Plaintiff") filed a Complaint for Permanent Injunction and Other Legal and Equitable Relief ("Complaint") in this matter on September 28, 2004 and each defendant has filed an Answer in the action;

WHEREAS, The last scheduled day for defendants to file Motions for Summary Judgment or Summary Adjudication under Rule 56 has been set by the Court for August 4, 2006;

/////

/////

/////

1  WHEREAS, Plaintiff and Defendants, Jeremy R. Lent and The Lent Family Trust, ("the Lent Parties") have been engaged in good faith settlement negotiations over the past several weeks and said settlement negotiations are continuing;

WHEREAS, Plaintiff and the Lent Parties have agreed to an extension of one week from August 4, 2006 for the Lent Parties to file their Motion for Summary Judgment or Motion for Summary Adjudication;

THEREFORE, Plaintiff and Defendants Jeremy R. Lent and The Lent Family Trust, by and through their respective counsel of record, hereby stipulate to extend the time for these defendants to file a Motion for Summary Judgment or Summary Adjudication in this matter to August 11, 2006. Defendants shall serve Plaintiff by hand-delivery or e-mail by 4:00 p.m. on August 11, 2006. This Stipulation does not change the summary judgment hearing date and does not affect the other defendants, John V. Hashman, Yinzi Cai, Douglas Wachtel and Bruce Rigione.

IT IS SO STIPULATED

Dated: July 28 2006

HELANE L. MORRISON
JOHN S. YUN
ROBERT L. MITCHELL
TRACY L. DAVIS


By: _____
    JOHN S. YUN
    Attorneys for Plaintiff
    SECURITIES AND EXCHANGE
    COMMISSION

Dated: July 28, 2006

DLA PIPER RUDNICK GRAY CARY US LLP


By: _____
    SHIRLI FABBRI WEISS
    Attorneys for Defendants
    JEREMY R. LENT and THE LENT
    FAMILY TRUST

-2-

## ORDER EXTENDING FILING DEADLINE

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendants JEREMY R. LENT and THE LENT FAMILY TRUST shall have until and including August 11, 2006 to file a motion for Summary Judgment or Summary Adjudication. Opposition will be due August 18, 2006, and any reply will be due August 25, 2006.

8/9

Dated: _____, 2006

/s/ CLAUDIA WILKEN

_____
CLAUDIA WILKEN, JUDGE
UNITED STATES DISTRICT COURT

SD/1669061