IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>         Plaintiff,<br><br>    v.<br><br>JEREMY R. LENT, JOHN V. HASHMAN,<br>YINZI CAI, DOUGLAS WACHTEL and BRUCE<br>RIGIONE,<br><br>         Defendants,<br><br>THE LENT FAMILY TRUST,<br><br>         Relief Defendant.<br>_____/ | No. C 04-4088 CW<br><br>ORDER DENYING<br>DEFENDANTS'<br>MOTIONS FOR<br>SUMMARY JUDGMENT |

The Securities and Exchange Commission(SEC) brings this civil enforcement action against five officers and directors of NextCard, Inc.  The SEC alleges that Defendants Jeremy Lent, John Hashman, Yinzi Cai, Douglas Wachtel and Bruce Rigione violated a variety of federal securities laws when the company made several accounting

1  adjustments or when it failed to disclose those adjustments during
2  the 2000 and 2001 fiscal years.  Defendants move individually for
3  summary judgment, each claiming primarily that he or she did not
4  possess the requisite mental state for each of the offenses.  The
5  Court finds that there are genuine issues of material fact with
6  respect to Defendants' mental states and therefore DENIES
7  Defendants' motions.[1]

8      IT IS SO ORDERED.

10 Dated: 9/19/06

                                                      CLAUDIA WILKEN
                                                      United States District Judge

---

[1] In addition, the Court DENIES Plaintiff SEC's (Docket No. 228), Defendant Cai's (Docket No. 230) and Defendant Rigione's (Docket No. 230) objections to evidence as moot.  The Court has not relied on inadmissible evidence in denying the motion.

United States District Court
For the Northern District of California