David M. Jolley, SB # 191164
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA  94111
Telephone:  (415) 591-6000
Facsimile:   (415) 591-6091
djolley@cov.com

Bruce A. Baird (*pro hac vice*)
Harris Weinstein
Fuad Rana (*pro hac vice*)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Telephone:  (202) 662-5302
Facsimile:   (202) 662-6691

Attorneys for Defendant
John V. Hashman

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>JEREMY R. LENT, JOHN V. HASHMAN, YINZI CAI, DOUGLAS WACHTEL and BRUCE RIGIONE,<br><br>    Defendants<br><br>THE LENT FAMILY TRUST<br><br>    Relief Defendant | Civil Case No.: C-04-4088-CW (EMC)<br><br>**[PROPOSED] ORDER EXCUSING DEFENDANT JOHN V. HASHMAN FROM APPEARING IN PERSON AT SETTLEMENT CONFERENCE** |

1 **ORDER**

2  IT IS HEREBY ORDERED that Defendant John V. Hashman is excused from
3 appearing in person at the settlement conference in the above-captioned action currently
4 scheduled for September 29, 2006.  Mr. Hashman shall make himself available by telephone for
5 purposes of authorizing settlement. If a further settlement conference is necessary, Mr.
6 shall be required to appear in person.
7 Dated:  September 20, 2006

Hon. Maria-Elena James
Magistrate Judge, United States District Court



[PROPOSED] ORDER
Case No. C-04-4088 CW (EMC)