1  HELANE L. MORRISON (Cal. Bar No. 127752)
   JOHN S. YUN (Cal. Bar No. 112260)
2  ROBERT L. MITCHELL (Cal. Bar No. 161354)
   WILLIAM SALZMANN (Cal. Bar No. 205808)
3  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
4  44 Montgomery Street, Suite 2600
   San Francisco, California 94104
5  Telephone: (415) 705-2500
   Fax: (415) 705-2501

6

7                       UNITED STATES DISTRICT COURT

8                      NORTHERN DISTRICT OF CALIFORNIA

9                               OAKLAND DIVISION

10 | SECURITIES AND EXCHANGE COMMISSION,   | Case No. C-04-4088-CW
11 |                                        |
   |         Plaintiff,                     |
12 |                                        | ORDER GRANTING JOINT STIPULATION
   |    vs.                                 | TO EXTEND DEADLINE TO LODGE
13 |                                        | PRETRIAL MATERIALS
   | JEREMY R. LENT, JOHN V. HASHMAN, YINZI |
14 | CAI, DOUGLAS WACTHEL And BRUCE         |
   | RIGIONE,                               |
15 |                                        |
   |         Defendants,                    |
16 |                                        |
   | THE LENT FAMILY TRUST,                 |
17 |                                        |
   |         Relief Defendant.              |
18

## STIPULATION TO EXTEND PRETRIAL LODGING DEADLINE

Trial in this matter is set to begin on October 23, 2006. In accordance with the Court's Order for Pretrial Preparation, the parties have met and conferred regarding the pretrial conference statement and the pretrial exchange of materials. The pretrial conference statement and other materials are due to be lodged with the Court on September 28, 2006.

The parties respectfully request that the Court extend the date for lodging of the pretrial conference statement and materials until October 3, 2006. Good cause exists for the requested extension. After the date for lodging the pretrial conference statement and materials was set for September 28, the parties were informed that they needed to attend a Court-ordered mediation on the next day, September 29. The requested extension will allow the parties adequate time to prepare for the mediation session, and still to coordinate the exchange and review of the pretrial conference statement and other materials between the plaintiff and the five defendants involved in the case. Should the Court approve this request, the parties would submit the required materials by October 3, thirteen days prior to the final pretrial conference scheduled for October 16.

The parties therefore request that the Court extend the deadline for lodging the pretrial conference statement and other materials required in the Court's Order for Pretrial Preparation from September 28, 2006 to October 3, 2006.

Dated: September __, 2006  
_____  
JOHN S. YUN  
ROBERT L. MITCHELL  
Attorneys for Plaintiff  
SECURITIES AND EXCHANGE COMMISSION

Dated: September ___, 2006  
_____  
SHIRLI FABBRI WEISS  
PAUL A. REYNOLDS  
DLA PIPER US LLP  
Attorneys for Defendant JEREMY R. LENT and THE LENT FAMILY TRUST

Dated: September ___, 2006

HARRIS WEINSTEIN
DAVID M. JOLLEY
COVINGTON & BURLING
Attorney for Defendant JOHN HASHMAN

Dated: September ___, 2006

JORDAN ETH
MARGARET L. WU
MORRISON & FOERSTER LLP
Attorneys for Defendant YINZI CAI

Dated: September ___, 2006

BRUCE A. ERICSON
JACOB R. SORENSEN
KRISTIN M. LEFEVRE
RANAH L. ESMAILI
PILLSBURY WINTHROP SHAW PITTMAN LLP
Attorneys for Defendant BRUCE RIGIONE

Dated: September ___, 2006

STUART L. GASNER
MICHAEL D. CELIO
KEKER & VAN NEST, LLP
Attorneys for Defendant DOUGLAS WACHTEL

## ORDER EXTENDING PRETRIAL LODGING DEADLINE

The parties having stipulated to this Order, and good cause appearing, the Court hereby extends the deadline to lodge the materials required by the Court's Order for Pretrial Preparation from September 28, 2006, to October 3, 2006.

SO ORDERED.

/s/ CLAUDIA WILKEN

Dated: September 25, 2006

Claudia Wilken, Judge
United States District Court