| | |
|---|---|
| 1 | SHIRLI FABBRI WEISS, Bar No. 079225 |
| | shirli.weiss@dlapiper.com |
| 2 | PAUL A. REYNOLDS, Bar No. 179656 |
| | paul.reynolds@dlapiper.com |
| 3 | HEATHER N. STONE, Bar No. 243159 |
| | heather.stone@dlapiper.com |
| 4 | DLA PIPER US LLP |
| | 401 B Street, Suite 1700 |
| 5 | San Diego, CA  92101-4297 |
| | Tel:  619.699.2700 |
| 6 | Fax:  619.699.2701 |
| 7 | Attorneys for Defendants JEREMY R. LENT and |
| | THE LENT FAMILY TRUST |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | CASE NO. C-04-4088-CW (EMC) |
| Plaintiff, | [~~PROPOSED~~] ORDER EXCUSING DEFENDANT JEREMY R. LENT AND HIS COUNSEL FROM PARTICIPATING IN SETTLEMENT CONFERENCE |
| v. | |
| JEREMY R. LENT, JOHN V. HASHMAN, YINZI CAI, DOUGLAS WACHTEL and BRUCE RIGIONE, | |
| Defendants, | |
| THE LENT FAMILY TRUST, | |
| Relief Defendant. | |

**ORDER**

IT IS HEREBY ORDERED that Defendant Jeremy R. Lent and his counsel be excused from participating at the Settlement Conference in the above-captioned action currently scheduled for September 29, 2006

Dated: September  27 , 2006

_____
Hon. Maria Elena James
Magistrate Judge, United States District Court