IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff(s),<br><br>　vs.<br><br>JEREMY R. LENT, JOHN V. HASHMAN, YINZI CAI, DOUGLAS WACHTEL AND BRUCE RIGIONE,<br><br>　　　　Defendant(s).<br>THE LENT FAMILY TRUST,<br><br>　　　　Relief Defendant.　　　　　　／ | No. C 04-4088 (CW) MEJ<br><br>**SETTLEMENT CONFERENCE RESCHEDULED TO FRIDAY, SEPTEMBER 29, 2006, AT 2:00 P.M. WITH CHIEF MAGISTRATE JAMES LARSON** |

　　Due to a family emergency the Honorable Maria-Elena James will not be able to conduct the settlement conference scheduled for September 29, 2006, at 10:00 a.m. However, the Honorable James Larson shall conduct the settlement conference on **September 29, 2006, at 2:00 p.m.** in Judge Larson's **chambers**, located at the Federal Building, 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102. On the date of the settlement conference, counsel and parties shall use the telephone adjacent to chambers' security entrance to notify the Court of their arrival.

　　**IT IS SO ORDERED.**

Dated: September 28, 2006

　　　　　　　　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge