1  JORDAN ETH (State Bar No. 121617)
   MARGARET L. WU (State Bar No. 184167)
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California  94105-2482
   Telephone: (415) 268-7000
4  Facsimile: (415) 268-7522
   Email: mwu@mofo.com
5
   Attorneys for Defendant
6  YINZI CAI

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         OAKLAND DIVISION

11

12 | SECURITIES AND EXCHANGE        | Civil Action No.  C 04-4088 CW
   | COMMISSION,                    |
13 |                                | **[PROPOSED] ORDER EXCUSING
   |              Plaintiff,        | DEFENDANT YINZI CAI AND
14 |                                | COUNSEL FROM SETTLEMENT
   |    vs.                         | CONFERENCE**
15 |                                |
   | JEREMY R. LENT, JOHN V. HASHMAN,| **Date:**     September 29, 2006
16 | YINZI CAI, DOUGLAS WACHTEL and | **Time:**     10 a.m.
   | BRUCE RIGIONE,                 | **Courtroom:** B, 15th Floor
17 |                                | **Judge**:    Hon. Maria-Elena James
   |              Defendants.       |
18 |                                |
   | THE LENT FAMILY TRUST,         |
19 |                                |
   |              Relief Defendants.|
20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER EXCUSING CAI FROM SETTLEMENT CONFERENCE
No. C 04-4088 CW
sf-2197674

1   For good cause shown, IT IS HEREBY ORDERED that Defendant Yinzi Cai and her
2   counsel are excused from attending the settlement conference currently scheduled in this action
3   for September 29, 2006.

5   IT IS SO ORDERED.

7   Dated: September 28, 2006

_____
HON. Maria-Elena James
United States Magistrate Judge

IT IS SO ORDERED
Judge Maria-Elena James

[PROPOSED] ORDER EXCUSING CAI FROM SETTLEMENT CONFERENCE
No. C 04-4088 CW
sf-2197674