1  HELANE L. MORRISON
   JOHN S. YUN (yunj@sec.gov)
2  ROBERT L. MITCHELL (mitchellr @sec.gov)
   WILLIAM T. SALZMANN
3  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
4  44 Montgomery Street, Suite 2600
   San Francisco, California  94104
5  Telephone:  (415) 705-2500
   Telecopy:  (415) 705-2501

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) </br> ) </br> Plaintiff, ) </br> vs. ) </br> ) </br> JEREMY R. LENT, JOHN V. HASHMAN, ) </br> YINZI CAI, DOUGLAS WACHTEL and ) </br> BRUCE RIGIONE, ) </br> ) </br> Defendants, ) </br> ) </br> THE LENT FAMILY TRUST, ) </br> ) </br> Relief Defendant. ) | Civil No. C-04-4088-CW </br></br> ORDER GRANTING PLAINTIFF'S AND DEFENDANTS' JOINT STIPULATION TO CONTINUE PRETRIAL CONFERENCE AND TRIAL DATES IN LIGHT OF PROPOSED SETTLEMENTS. |

Stip. to Continue Trial Dates
C-04-4088-CW

**JOINT STIPULATION TO CONTINUE PRETRIAL AND TRIAL DATES**

Pursuant to the Court's orders, plaintiff Securities and Exchange Commission ("Commission") and defendants John V. Hashman ("Hashman"), Bruce Rigione ("Rigione") and Douglas Wachtel ("Wachtel") appeared before Chief Magistrate Judge James Larson on September 29, 2006, for a mandatory settlement conference. Previously, the Commission's attorneys reached proposed settlements in principle with defendants Jeremy R. Lent ("Lent") and Yinzi Cai ("Cai").

By October 3, 2006, the Commission also reached proposed settlements in principle with Hashman, Rigione and Lent and advised Chief Magistrate Judge Larson of that development. In response, the Court continued the pretrial filing deadline from October 3, 2006 to October 13, 2006, the final pretrial conference from October 16, 2006 to October 20, 2006, and the trial date from October 23, 2006 to October 30, 2006.

Subsequently, the Commission scheduled a meeting during the week of October 23, 2006 to consider the defendants' settlement proposals. In light of the timing for the Commission's consideration of defendants' settlement proposals, the parties hereby request another short extension of the following dates:

1. The final pretrial conference that is now scheduled for 1:30 p.m. on Friday, October 20, 2006, will be continued to any date and time that is convenient to the Court during the week of October 30, 2006; and

2. The trial that is now scheduled to commence at 8:30 a.m. on Monday, October 30, 2006, will be continued by one week to 8:30 a.m. on Monday, November 6, 2006.

Good cause exists for these extensions because they will allow all parties to learn the outcome of the Commission's consideration of the settlement proposals and to learn which defendants and issues remain, if any, for the final pretrial conference and trial.

Dated:  October 16, 2006         *John S. Yun*
                                 JOHN S. YUN
                                 ROBERT L. MITCHELL
                                 WILLIAM T. SALZMANN
                                 Attorneys for Plaintiff
                                 SECURITIES AND EXCHANGE COMMISSION

Dated: October 16, 2006

*Shirli Fabbri Weiss*
SHIRLI FABBRI WEISS
PAUL A. REYNOLDS
DLA PIPER US LLP
Attorneys for Defendant JEREMY R. LENT and THE LENT FAMILY TRUST

Dated: October 16, 2006

*David M. Jolley*
HARRIS WEINSTEIN
DAVID M. JOLLEY
COVINGTON & BURLING
Attorney for Defendant JOHN HASHMAN

Dated: October 16, 2006

*Margaret L. Wu*
JORDAN ETH
MARGARET L. WU
MORRISON & FOERSTER LLP
Attorneys for Defendant YINZI CAI

Dated: October 16, 2006

*Jacob A. Sorensen*
BRUCE A. ERICSON
JACOB R. SORENSEN
KRISTIN M. LEFEVRE
RANAH L. ESMAILI
PILLSBURY WINTHROP SHAW PITTMAN LLP
Attorneys for Defendant BRUCE RIGIONE

Dated: October 16, 2006

*Michael C. Celio*
STUART L. GASNER
MICHAEL D. CELIO
KEKER & VAN NEST, LLP
Attorneys for Defendant DOUGLAS WACHTEL

## ORDER EXTENDING PRETRIAL CONFERENCE AND TRIAL DATES

The parties having advised the Court that the Securities and Exchange Commission will consider defendants' settlement proposals during the week of October 23, 2006 and good cause appearing, the final pretrial conference is hereby rescheduled to October 27, 2006 at 1:30 p. m. and the trial date is rescheduled to Monday, November 6, 2006 at 8:30 a.m.

Dated: October 17, 2006

_____
Claudia Wilken
United States District Judge