1  SHIRLI FABBRI WEISS (Bar No. 079225)
   PAUL A. REYNOLDS (Bar No. 179656)
2  HEATHER N. STONE (Bar No. 243159)
   **DLA PIPER US LLP**
3  401 B Street, Suite 1700
   San Diego, CA 92101-4240
4  Tel:  619.699.3650
   Fax:  619.699.2701
5
   Attorneys for Defendants
6  JEREMY R. LENT and
   THE LENT FAMILY TRUST
7

8                       UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                              OAKLAND DIVISION

11

12 | SECURITIES AND EXCHANGE COMMISSION, | CASE NO.  C 04-4088 CW |

13 | Plaintiff, | **ORDER GRANTING REQUEST BY COUNSEL FOR DEFENDANTS JEREMY R. LENT AND THE LENT FAMILY TRUST TO APPEAR TELEPHONICALLY AT PRE-TRIAL CONFERENCE** |

14 | v. |

15 | JEREMY R. LENT, JOHN V. HASHMAN, YINZI CAI, DOUGLAS WACHTEL and BRUCE RIGIONE,, |

16

17 | Defendants. | Date:  October 27, 2006
                   Time:  1:30 p.m.
                   Courtroom: 2
                   Judge:  Hon. Claudia Wilken |

18 | THE LENT FAMILY TRUST, |

19 | Relief Defendants. |

-1-

DLA PIPER US LLP
SAN DIEGO

1  For good cause shown, IT IS HEREBY ORDERED that counsel for Defendants Jeremy
2  R. Lent and The Lent Family Trust may attend the pre-trial conference currently scheduled for
3  October 27, 2006, by telephone.
4      IT IS SO ORDERED.

6  Dated: October 24, 2006

                   /s/ Claudia Wilken
8  Honorable Claudia Wilken
  United States District Judge

DLA Piper US LLP
San Diego

-2-