MICHAEL S. DICKE (Cal. Bar No. 158187)
    DickeM@sec.gov
JOHN S. YUN (Cal. Bar No. 112260)
    YunJ@sec.gov
ROBERT L. MITCHELL (Cal. Bar No. 161354)
    MitchellR@sec.gov
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JEREMY R. LENT, JOHN V. HASHMAN, YINZI CAI, DOUGLAS WACHTEL and BRUCE RIGIONE,<br><br>Defendants,<br><br>THE LENT FAMILY TRUST,<br><br>Relief Defendant. | Case No. C-04-4088-CW (EMC)<br><br>[~~PROPOSED~~] ORDER GRANTING SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR ADMINISTRATIVE RELIEF TO PAY FEES OF TAX ADMINISTRATOR AND DISTRIBUTION AGENT |

# ORDER APPROVING ADMINISTRATIVE RELIEF

Pursuant to Civil Local Rule 7-11, plaintiff Securities and Exchange Commission ("Commission") has filed an application for miscellaneous administrative relief, seeking an order that authorizes the payment of: (1) the fees of Damasco & Associates LLP, the Tax Administrator for the settlement fund in this case; and (2) the fees f RG/2 Claims Administration LLC, the Distribution Agent for the settlement fund. The Court having reviewed the motion, and for good cause shown,

**IT IS HEREBY ORDERED THAT** the Distribution Agent shall use the Reserve established pursuant to the Court's prior order dated August 19, 2009 (Docket Item 342) to:

(1) pay the Tax Administrator $8,000, in payment of the Tax Administrator's fees from August 2009 through the close of the settlement fund. The Distribution Agent shall remit these funds either by wire transfer according to instructions to be provided by the Tax Administrator, or by check payable to Damasco & Associates LLP, 700 Monte Vista Lane, Half Moon Bay, CA 94019; and

(2) pay the Distribution Agent $9,088.87, in payment of the Distribution Agent's fees from January 2010 through the close of the settlement fund.

**SO ORDERED.**

DATED: January 4, 2012

Hon. Claudia Wilken
U. S. District Court Judge

PLAINTIFF'S MOTION
FOR ADMINISTRATIVE RELIEF
SEC v. LENT, ET AL.
CASE NO. C-O4-4088-CW (EMC)

1